*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, BAKER, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Olivia L. GREY**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300077**

_____

Decided: 6 November 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet

Sentence adjudged 18 November 2022 by a general court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 10 months, forfeiture of all pay and allowances, and a bad-conduct discharge.[1]

For Appellant:
*Commander Lindsay W. Pepi, JAGC, USN*

---

[1] Appellant received credit for 94 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.